**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| M&C HOLDINGS DELAWARE, PARTNERSHIP, et al., <br>   Plaintiffs, <br><br>   v. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br>   Defendant. | Case No. 1:20-cv-121 <br> Dlott, J. <br> Litkovitz, M.J. <br><br><br><br> **ORDER** |

This matter is before the Court on defendant Great American Insurance Company's motion for an order establishing the deadline to answer plaintiffs' complaint (Doc. 1). (Doc. 26). On July 30, 2020, the Court entered a Report and Recommendation that defendant's motion to dismiss be denied (Doc. 24), to which defendant has filed objections (Doc. 25). While the objections are pending, defendant moves the Court to establish that the time period set forth in Fed. R. Civ. P. 12(a)(4)(A) has not begun to run. The motion is **GRANTED**. Defendant shall have 14 (fourteen) days after the District Judge's disposition of its objections to file an answer, if necessary.

   **IT IS SO ORDERED.**

Date:  8/17/2020

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge