**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| M&C HOLDINGS DELAWARE PARTNERSHIP, et al., | Case No. 1:20-cv-00121-SJD-KLL |
| Plaintiffs, | Judge Susan J. Dlott |
| v. | Magistrate Judge Karen L. Litkovitz |
| GREAT AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

**PLAINTIFFS' NOTICE OF FILING OF EXHIBITS IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Pursuant to this Court's Standing Orders, Plaintiffs M&C Holdings Delaware Partnership, M&C Hotel Interests, Inc., M&C Management Services (USA), Inc., CDL Hotels (USA), Inc. and RHM-88, LLC ("Millennium") give notice of the filing of the attached exhibits in support of their motion for partial summary judgment against Defendant Great American Insurance Company ("Great American") on the issue of coverage under the relevant insurance policy issued by Great American.

Respectfully submitted,

/s/ David J. Ogles
Daniel A. Dorfman
David J. Ogles
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
ddorfman@foxswibel.com
dogles@foxswibel.com

Bryce A. Lenox
THE LAW OFFICE OF BRYCE A.
LENOX, ESQ. LLC
3825 Edwards Road, Suite 103

1

Cincinnati, OH 45209
bryce@brycelenoxlaw.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Local Rule 5.2(b), the undersigned hereby certifies that this document is being filed using the Court's CM/ECF system, which will generate a NEF by electronic mail to all counsel of record who are filing users.

/s/ Bryce A. Lenox
Bryce A. Lenox