United States District Court
Southern District of Ohio
Western Division

M&C Holdings Delaware Partnership, et al.,

v.                                                              Case Number: 1:20cv121

Great American Insurance Co.,

                                                                Judge Susan J. Dlott

NOTICE

Take Notice the Preliminary Pretrial Conference in this case has been set for the place, date and time set forth below:

| | |
|---|---|
| Potter Stewart U.S. Courthouse | Room 227 |
| 100 East Fifth Street | |
| Cincinnati, OH 45202 | March 23, 2021 at 10:00 AM |

1. Discovery Conference to be held and initial written settlement demand to be made no later than February 22, 2021.
2. Filing of Discovery Plan and written response to settlement demand to be made no later than March 9, 2021.
3. Ex Parte Settlement letters are to be submitted to Dlott_Chambers @ ohsd.uscourts.gov no later than three (3) business days prior to the Preliminary Pretrial Conference.

Richard Nagel, Clerk

s/ William Miller_____
William Miller
Case Manager
(513) 564-7630

---

Obtain the Order and forms by visiting:
www.ohsd.uscourts.gov
Click on Judges and then on Procedures and Forms beside Judge Dlott's name.
If you do not have the ability to access the Website for the Judge's procedures and forms, please contact (513) 564-7630.